**VAN–046** Order Dismissing Case 521(i) – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:  
Donovan Terell McGeachy  
394 Oakhill Lane  
Fayetteville, NC 28314

CASE NO.: 26–00258–5–PWM

DATE FILED: January 19, 2026

CHAPTER: 13

ORDER OF DISMISSAL

Pursuant to §521(i) of the Bankruptcy Code, this case was automatically dismissed as to Donovan Terell McGeachy on the 46th date after the filing of the petition for failure to provide documents required by §521(a).

Should the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

SO ORDERED.

DATED: March 6, 2026

                                              Pamela W. McAfee  
                                              United States Bankruptcy Judge